Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                               Case No.:  19−23922−ABA
                               Chapter:  13
                               Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tammy J. Stuckey
   aka Tammy McCourt−Stuckey, aka
   Tammy McCourt
   712 5th Road
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−8799

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/5/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 5, 2019
JAN: bc

                                                                                Jeanne Naughton
                                                                                Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                           Case No. 19-23922-ABA
   Tammy J. Stuckey                                                              Chapter 13
            Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 1                 Date Rcvd: Nov 05, 2019
                               Form ID: 148                 Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db             +Tammy J. Stuckey,    712 5th Road,    Mays Landing, NJ 08330-4701
518357700       Atlanticare,    PO Boxs 786361,    Philadelphia, PA 18178-6361
518472868      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518357702       Inspira Health Network,    PO Box 48274,    Newark, NJ 07101-8474
518357703       Pennsylvania Hospital,    UPHS PAH Patient Pay,    PO Box 824329,    Philadelphia, PA 19182-4329
518357704      +Phelan Hallinan, Diamond & Jones,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
518359063      +Phillip Stuckey,    712 5th Road,    Mays Landing, NJ 08330-4701
518357705       Specialized Loan Servicing,    PO Box 60535,    City of Industry, CA 91716-0535
518357706      +Virtua West Jersey Hospital,    100 Bowman Drive,    Voorhees, NJ 08043-1596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 00:17:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 00:16:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518357701       E-mail/Text: nicole.watts@atlanticare.org Nov 06 2019 00:15:21      Atlanticare Medical Center,
                 Jimmie Leeds Road,    Pomona, NJ 08240
518368695       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2019 00:24:45      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
518357699     ##+Atlantic Medical Imaging,    Tilton Square Office Bldg.,    3100 Hingston Avenue,    Suite 102,
                 Egg Harbor Township, NJ 08234-4409
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
              Andrew L. Miller    on behalf of Debtor Tammy J. Stuckey millerar85252@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for MASTR Reperforming Loan Trust 2005-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```