Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.:  19−23922−ABA  
Chapter:  13  
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tammy J. Stuckey  
   aka Tammy McCourt−Stuckey, aka  
   Tammy McCourt  
   712 5th Road  
   Mays Landing, NJ 08330

Social Security No.:  
   xxx−xx−8799

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/12/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 12, 2020  
JAN: bc

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-23922-ABA
Tammy J. Stuckey                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1             Date Rcvd: Mar 12, 2020
                             Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db         +Tammy J. Stuckey,   712 5th Road,   Mays Landing, NJ 08330-4701
cr         +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 340514,   Tampa, FL 33694-0514
518357700   Atlanticare,   PO Boxs 786361,   Philadelphia, PA 18178-6361
518472868  +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518357702   Inspira Health Network,   PO Box 48274,   Newark, NJ 07101-8474
518357703   Pennsylvania Hospital,   UPHS PAH Patient Pay,   PO Box 824329,   Philadelphia, PA 19182-4329
518357704  +Phelan Hallinan, Diamond & Jones,   400 Fellowship Road,   Suite 100,
             Mount Laurel, NJ 08054-3437
518359063  +Phillip Stuckey,   712 5th Road,   Mays Landing, NJ 08330-4701
518357705   Specialized Loan Servicing,   PO Box 60535,   City of Industry, CA 91716-0535
518357706  +Virtua West Jersey Hospital,   100 Bowman Drive,   Voorhees, NJ 08043-1596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518357701   E-mail/Text: nicole.watts@atlanticare.org Mar 13 2020 00:58:49    Atlanticare Medical Center,
             Jimmie Leeds Road,   Pomona, NJ 08240
518368695   E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 01:14:27    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518357699   ##+Atlantic Medical Imaging,   Tilton Square Office Bldg.,   3100 Hingston Avenue,   Suite 102,
             Egg Harbor Township, NJ 08234-4409
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
          Andrew L. Miller    on behalf of Debtor Tammy J. Stuckey millerar85252@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Gavin Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for
           HSBC Bank USA, National Association as Trustee gavin@stewartlegalgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   HSBC Bank USA, National Association as Trustee
           for MASTR Reperforming Loan Trust 2005-2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7