| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Isabel C. Balboa, Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977<br>(856) 663-5002 | **Order Filed on March 12, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>TAMMY J. STUCKEY | Case No.: 19-23922-ABA<br><br>Hearing Date: March 11, 2020   9:00 am<br><br>Judge:  Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

**ORDER OF DISMISSAL**

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: March 12, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to make all required pre-confirmation payments to the Trustee
- failure to provide all required documents to the Trustee
- failure to provide evidence of income
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that within 30 days of the date of this order, debtor(s)'s attorney may file a certification with the court, that debtor(s) attorney elected flat fee permitted by D.N.J. LBR 2016-5(b) and seeks balance of attorney's fee from any available funds on hand with the chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 19-23922-ABA
Tammy J. Stuckey                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1           Date Rcvd: Mar 12, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.
db             +Tammy J. Stuckey,    712 5th Road,    Mays Landing, NJ 08330-4701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:
              Andrew L. Miller    on behalf of Debtor Tammy J. Stuckey millerar85252@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               MASTR Reperforming Loan Trust 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               HSBC Bank USA, National Association as Trustee gavin@stewartlegalgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for MASTR Reperforming Loan Trust 2005-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7